Local AO 450 (rev. 5/10)

# United States District Court
### *District of North Dakota*

Marcus Mitchell,

    Plaintiff,

vs.

Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, Bismarck Police Officer Tyler Welk, North Dakota Highway Patrol Sergeant Benjamin Kennelly, and John Does 1-2,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No.   1:19-cv-149

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed December 10, 2020, the court GRANTS Defendant Kennelly's Motion to Dismiss [Doc. No. 22] and GRANTS the City and County's Motion to Dismiss [Doc. No. 24]. The Complaint is DISMISSED WITH PREJUDICE.

Date: December 10, 2020

ROBERT J. ANSLEY, CLERK OF COURT

by: */s/ Melissa Fischer, Deputy Clerk*