## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

No: 21-1071

Marcus Mitchell

Appellant

v.

Morton County Sheriff Kyle Kirchmeier, et al.

Appellees

------------------------------

Institute for Justice, et al.

Amici on Behalf of Appellant(s)

---

Appeal from U.S. District Court for the District of North Dakota - Western
(1:19-cv-00149-DMT)

---

### MANDATE

In accordance with the opinion and judgment of 03/14/2022, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

April 04, 2022

Clerk, U.S. Court of Appeals, Eighth Circuit