IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

CIVIL NO. 1:19-cv-00149

| | |
|---|---|
| MARCUS MITCHELL, | ) |
| Plaintiff, | ) |
| vs. | ) |
| MORTON COUNTY SHERIFF KYLE KIRCHMEIER, MORTON COUNTY, CITY OF BISMARCK, MORTON COUNTY SHERIFF'S DEPUTY GEORGE PIEHL, BISMARCK POLICE OFFICER TYLER WELK, NORTH DAKOTA HIGHWAY PATROL SERGEANT BENJAMIN KENNELLY, and JOHN DOES 1-2, | ) **DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT AND REQUEST FOR EXPEDITED DECISION** |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*

[¶ 1]  Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and other applicable law, Defendants Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, Bismarck Police Officer Tyler Welk, and John Does 1-2 (collectively "City and County Defendants"), and Defendant North Dakota Highway Patrol Sergeant Benjamin Kennelly ("State Defendant"), jointly request the Court extend their current April 18, 2022 deadline to answer Plaintiffs' Complaint (doc. 1) to Friday, April 22, 2022.

[¶ 2]  Good cause exists for the requested extension of time. A severe blizzard hit North Dakota last week resulting in interruptions to travel and work schedules of the undersigned counsel, as well as of their clients City and County Defendants, spanning from April 12 through April 15. As a result, Defendants require additional time to complete their respective answers to

1

Plaintiffs' Complaint, which is comprised of 33 pages and 167 paragraphs.

[¶ 3]   As the current deadline for Defendants' answer is today, April 18, 2022 (i.e. 14 days following April 4, 2022 issuance of the Mandate from the United States Court of Appeals for the Eighth Circuit) **Defendants request an expedited decision on this motion**.

[¶ 4]   For the foregoing reasons, Defendants jointly request the Court extend the deadline for their answers to Plaintiff's Complaint to April 22, 2022.

Dated this 18th day of April, 2022.

                                BAKKE GRINOLDS WIEDERHOLT

By:   */s/Shawn A. Grinolds*
      Randall J. Bakke (#03898)
      Shawn A. Grinolds (#05407)
      Bradley N. Wiederholt (#06354)
      Grant T. Bakke (#09106)
      Special Assistant State's Attorneys for Morton County
      300 West Century Avenue
      P.O. Box 4247
      Bismarck, ND 58502-4247
      (701) 751-8188
      rbakke@bgwattorneys.com
      sgrinolds@bgwattorneys.com
      bwiederholt@bgwattorneys.com
      gbakke@bgwattorneys.com

Attorneys for Defendants Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, and Bismarck Police Officer Tyler Welk

Drew Wrigley
Attorney General
State of North Dakota

By:   *James E. Nicolai*
      James E. Nicolai
      Deputy Solicitor General
      State Bar ID No. 04789

Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
Telephone (701) 328-3640
Facsimile (701) 328-4300
Email jnicolai@nd.gov

Attorneys for Defendant Benjamin Kennelly

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2022, a true and correct copy of the foregoing **DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT AND REQUEST FOR EXPEDITED DECISION** was filed electronically with the Clerk of Court through ECF.

ATTORNEYS FOR PLAINTIFF:

Shelia A. Bedi
Vanessa del Valle
Roderick and Solange MacArthur Justice Center
Northwestern Pritzker School of Law
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-1271
Sheila.bedi@law.northwestern.edu
vanessa.delvalle@law.northwestern.edu

Lawrence Edward Chacon
Lawrence E. Chacon Attorney At Law
826 5th St. NW
Albuquerque, NM 87102
(505) 243-0098
lawchacon@comcast.com

ATTORNEY FOR DEFENDANT NORTH DAKOTA HIGHWAY PATROL SERGEANT BENJAMIN KENNELLY:

Matthew A. Sagsveen
Solicitor General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
(701) 328-3640
masagsve@nd.gov

James E. Nicolai
Deputy Solicitor General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
(701) 328-3640
jnicolai@nd.gov

                                        By: */s/Shawn A. Grinolds*
                                               SHAWN A. GRINOLDS