### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Marcus Mitchell, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF RECUSAL** |
| | ) | |
| vs. | ) | |
| | ) | |
| Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, Bismarck Police Officer Tyler Welk, North Dakota Highway Patrol Sergeant Benjamin Kennelly, and John Does 1-2, | ) ) ) ) ) ) ) | Case No. 1:19-cv-149 |
| | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 455(a), the undersigned recuses himself from hearing or determining any further matters in this case.

**IT IS SO ORDERED.**

Dated this 29th day of August, 2022.

                                                       */s/ Clare R. Hochhalter*
                                                       Clare R. Hochhalter, Magistrate Judge
                                                       United States District Court