Local AO 450 (rev. 1/23)

# United States District Court
### *District of North Dakota*

Marcus Mitchell,

    Plaintiff,

vs.

Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, Bismarck Police Officer Tyler Welk, North Dakota Highway Patrol Sergeant Benjamin Kennelly, and John Does 1-2,

    Defendants.

AMENDED JUDGMENT IN A CIVIL CASE

Case No.   1:19-cv-149

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☑ **Decision on Motion**. This action came before the Court on motion. The issues have been considered and a decision rendered.

☐ **Stipulation**. This action came before the court on motion of the parties. The issues have been resolved.

☐ **Dismissal**. This action was voluntarily dismissed by Plaintiff pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

**IT IS ORDERED AND ADJUDGED:**

Pursuant to the Order filed on July 30, 2024 the City and County Defendants (Doc. No. 93) and Sergeant Kennelly's (Doc. No. 105) Motions for Summary Judgment are GRANTED. Mitchell's Section 1983 against John Does 1 and 2, the City and County Defendants, and Sergeant Kennelly are DISMISSED with prejudice. Because the Court has found officers did not engage in excessive force, Mitchell's remaining Failure to Intervene claim and Monell claim are also DISMISSED with prejudice.

Date: July 30, 2024

KARI M. KNUDSON, CLERK OF COURT

by: */s/ Melissa Fischer, Deputy Clerk*