IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
WESTERN DIVISION

CIVIL NO. 1:19-cv-00149

| | |
|---|---|
| MARCUS MITCHELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM OF LAW IN** |
| ) | **SUPPORT OF CITY AND COUNTY** |
| MORTON COUNTY SHERIFF KYLE ) | **DEFENDANTS' RULE 60(A) MOTION** |
| KIRCHMEIER, MORTON COUNTY, CITY ) | **TO CORRECT MISTAKE IN ORDER** |
| OF BISMARCK, MORTON COUNTY ) | **GRANTING CITY AND COUNTY** |
| SHERIFF'S DEPUTY GEORGE PIEHL, ) | **DEFENDANT'S MOTION FOR** |
| BISMARCK POLICE OFFICER TYLER ) | **SUMMARY JUDGMENT AND** |
| WELK, NORTH DAKOTA HIGHWAY ) | **DEFENDANT KENNELLY'S MOTION** |
| PATROL SERGEANT BENJAMIN ) | **FOR SUMMARY JUDGMENT** |
| KENNELLY, and JOHN DOES 1-2, ) | |
| ) | |
| Defendants. ) | |
| ) | |

\*\*\*             \*\*\*             \*\*\*

Defendants Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, and Bismarck Police Officer Tyer Welk (hereinafter collectively "City and County Defendants") submit this memorandum of law in support of *City and County Defendants' Rule 60(a) Motion to Correct Mistake in the Order Granting City and County Defendant's Motion for Summary Judgment and Defendant Kennelly's Motion for Summary Judgment*, filed herewith. City and County Defendants request a mistake contained in the Court's *Order Granting City and County Defendant's Motion for Summary Judgment and Defendant Kennelly's Motion for Summary Judgment*, filed July 30, 2024 (doc. 129) be corrected.

Rule 60(a) of the Federal Rules of Civil Procedure provides as follows:

**(a)** **Corrections Based on Clerical Mistakes; Oversights and Omissions**. The court may correct a clerical mistake or a mistake arising from oversight or omission whenever

1

on e is found in a judgment, order, or other part of the record.  The court may do so on motion or on its on, with or without notice.  But after an appeal has been docketed in the appellate court and while it is pending, such a mistake may be corrected only with the appellate court's leave.

Fed. R. Civ. P. 60(a) (bold in original).  There appear to be two mistakes in paragraph 33 of the Order.

Specifically, the first sentence in paragraph 32 of the Order appears to be missing the word "not" where the Order currently reads as follows:  "The City and County Defendants and Sergeant Kennelly argue Officer Welk and Deputy Piehl are entitled to summary judgment under qualified immunity because they did use excessive force in effecting the arrest of Mitchell . . . ."  City and County Defendants request this sentence be corrected to read ". . . because they did not use excessive force in effecting the arrest of Mitchell . . . ."

For the foregoing reasons, City and County Defendants request the Court correct the Order to address the mistake identified above.

Dated this 31st day of July, 2024.

                BAKKE GRINOLDS WIEDERHOLT

By: */s/ Shawn A. Grinolds*
    Randall J. Bakke (#03898)
    Shawn A. Grinolds (#05407)
    Bradley N. Wiederholt (#06354)
    Grant T. Bakke (#09106)
    Special Assistant State's Attorneys for Morton County
    300 West Century Avenue
    P.O. Box 4247
    Bismarck, ND 58502-4247
    (701) 751-8188
    rbakke@bgwattorneys.com
    sgrinolds@bgwattorneys.com
    bwiederholt@bgwattorneys.com
    gbakke@bgwattorneys.com

                    Attorneys for Defendants Morton County Sheriff Kyle Kirchmeier, Morton County, City of Bismarck, Morton County Sheriff's Deputy George Piehl, and Bismarck Police Officer Tyler Welk

### CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2024, a true and correct copy of the foregoing **MEMORANDUM OF LAW IN SUPPORT OF CITY AND COUNTY DEFENDANTS' RULE 60(A) MOTION TO CORRECT MISTAKE IN ORDER GRANTING CITY AND COUNTY DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT KENNELLY'S MOTION FOR SUMMARY JUDGMENT** was filed electronically with the Clerk of Court through ECF.

ATTORNEYS FOR PLAINTIFF:

    Shelia A. Bedi
    Vanessa del Valle
    Roderick and Solange MacArthur Justice Center
    Northwestern Pritzker School of Law
    375 East Chicago Avenue
    Chicago, IL 60611
    (312) 503-1271
    Sheila.bedi@law.northwestern.edu
    vanessa.delvalle@law.northwestern.edu

    Lawrence Edward Chacon
    Lawrence E. Chacon Attorney At Law
    826 5th St. NW
    Albuquerque, NM 87102
    (505) 243-0098
    lawchacon@comcast.com

    Shubra Ohri
    Roderick & Solange MacArthur Justice Center
    906 Olive St., Suite 420
    Saint Louis, MO 63101
    (314) 254-8410
    Shubra.ohri@macarthujustice.org

ATTORNEY FOR DEFENDANT NORTH DAKOTA HIGHWAY PATROL SERGEANT BENJAMIN KENNELLY:

    Courtney Titus
    Assistant Attorney General

Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
(701) 328-3640
ctitus@nd.gov

Jane G. Sportiello
Assistant Attorney General
Office of Attorney General
500 North 9th Street
Bismarck, ND 58501-4509
(701) 328-3640
jsportiello@nd.gov

By:  */s/ Shawn A. Grinolds*
    Shawn A. Grinolds