IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA (WESTERN DIVISION)

| | |
|---|---|
| MARCUS MITCHELL,<br><br>        Plaintiff,<br><br>v.<br><br>MORTON COUNTY SHERIFF KYLE KIRCHMEIER, et al.,<br><br>        Defendants. | Case No. 1:19-cv-149<br><br>The Hon. Daniel M. Traynor |

## NOTICE OF APPEAL

Plaintiff Marcus Mitchell gives notice that he appeals this Court's August 1, 2024 amended order and July 30, 2024 judgment against him, as to all defendants, to the United States Court of Appeals for the Eighth Circuit.

Dated: August 28, 2024

Respectfully submitted,

By: /s/ Vanessa del Valle

*Attorney for Plaintiff Marcus Mitchell*

Vanessa del Valle
RODERICK & SOLANGE
  MACARTHUR JUSTICE CENTER
NORTHWESTERN PRITZKER SCHOOL OF LAW
375 East Chicago Avenue
Chicago, IL 60611
(312) 503-1271
vanessa.delvalle@law.northwestern.edu

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, certifies that she served the foregoing document upon all persons who have filed appearances in this case via the Court's CM/ECF system on August 28, 2024.

/s/ Vanessa del Valle