U. S. COURT OF APPEALS - EIGHTH CIRCUIT
**NOA SUPPLEMENT**

*Please note any additions or deletions to the style of the case from the style listed on the docket sheet.*

Case No. 1:19-cv-00149          Marcus Mitchell v. Kyle Kirchmeier, et al

Length of trial:

Financial Status:   Fee Paid?   ☑ Yes   ☐ No
                    If **NO**, has IFP been granted?   ☐ Yes   ☐ No
                    Is there a pending motion for IFP?   ☐ Yes   ☑ No

Are there any other pending post-judgment motions?   ☐ Yes   ☑ No

Please identify the court reporter:   ☐ No hearings held

   Name: Ronda Colby

   Address: PO Box 1193, Bismarck, ND 58502

   Telephone Number: 701-530-2300

Criminal cases only:
   Is the defendant incarcerated?   ☐ Yes (include address below)   No ☐

   Please list all other defendants in this case if there were multiple defendants.

**SPECIAL COMMENTS:**